STATE of Missouri, Respondent,

v.

Millard MAHONE, Appellant.

No. 57695.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 28, 1991.

Janet M. Thompson, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his convictions of first degree assault and armed criminal action and his consecutive life sentences as a prior offender. The judgments are affirmed. Rule 30.25(b).

All concur.